IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BONNIE BEDWARD,** | ) | C.A. No. 07-506 ( JJF ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | PLAINTIFF'S MOTION TO |
| | ) | REMAND CASE PURSUANT |
| **GIANT OF MARYLAND LLC, a** | ) | 28 U.S.C. § 1447 |
| **foreign entity, GIANT FOOD LLC, a** | ) | |
| **FOREIGN ENTITY and DONALD** | ) | |
| **CHAPPELL,** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS NOTICE OF NO OPPOSITION

Upon review of Plaintiff's Motion Defendants can offer no good faith reason to deny the Motion. Defendants therefore do not oppose Plaintiff's request to remand.

/s/ Anthony A. Figliola, Jr.
Anthony A, Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810
Delaware I.D. No. 957
( 302 ) 475 - 0460
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BONNIE BEDWARD, | ) | C.A. No. 07-506 ( JJF ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | PLAINTIFF'S MOTION TO |
| | ) | REMAND CASE PURSUANT |
| GIANT OF MARYLAND LLC, a | ) | 28 U.S.C. § 1447 |
| foreign entity, GIANT FOOD LLC, a | ) | |
| FOREIGN ENTITY and DONALD | ) | |
| CHAPPELL, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I, Anthony A. Figliola, Jr., an attorney licensed to practice law by the Supreme Court of the State of Delaware and the Federal District Court for the District of Delaware did cause service of Defendants response to be made by United States Mail dated October 22, 2007, Plaintiff's Counsel, addressed as follows:

William D. Fletcher, Jr., Esquire
Schmittenger & Rodriguez, P.A.
414 South State Street
Dover, DE 19903

Anthony A, Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810
Delaware I.D. No. 957
( 302 ) 475 - 0460
Attorney for Defendants