LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

January 14, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King's Street
Wilmington, DE 19801

RE: **Bedward v. Giant of Maryland LLC, et al.**
    **Civil Action No. 07-506 (JJF)**

Dear Judge Farnan:

Plaintiff filed suit in the above captioned action in Kent County Superior Court of Delaware on July 16, 2007. Defendants removed this matter on August 17, 2007 to District Court alleging complete diversity of citizenship of the parties. Plaintiff filed a motion on September 14, 2007 seeking remand of the matter back to Superior Court for lack of subject matter jurisdiction due to the lack of complete diversity of citizenship of the parties. Defendants filed a response on October 29, 2007 advising that they had no good faith basis to oppose Plaintiff's remand for lack of subject matter jurisdiction. Enclosed are copies of these filings.

Under these circumstances, it is respectfully requested that the Court execute the enclosed Order of Remand so this matter can be concluded in the District Court and proceed in State Court. If the Court has any question or concern about this request, perhaps a teleconference with the parties can be scheduled. Thank you for this consideration.

Respectfully yours,

William D. Fletcher, Jr.

WDF/cjd
Enclosure

cc: Clerk, U.S. District Court
    Anton G. Marzano, Esquire (w/enclosures)
    Anthony Figliola, Esquire (w/enclosures)

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF DELAWARE</u>

| | |
|---|---|
| Bonnie Bedward | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO.: 07-505 |
| Giant of Maryland LLC, a foreign entity, Giant Food LLC, a foreign entity, and Donald Chappell | : |

07-506

<u>NOTICE OF REMOVAL</u>

Defendants, Giant of Maryland, LLC, a foreign entity, Giant Food LLC, a foreign entity, and Donald Chappell, a Maryland resident, by their attorneys, Figliola & Facciolo, pursuant to 28 U.S.C. §§1332, 1441 and 1446, give notice of the removal of the above entitled cause from the Kent County, Delaware, Superior Court to the United States District Court for the District of Delaware. In support of this Notice, Defendants state as follows:

1. On July 16, 2007, plaintiffs filed an action in the Superior Court of the State of Delaware, Kent County, C.A. No. 07C-07-017 (WLW).

2. Plaintiff's counsel served the Complaint upon Defendants via certified mail on July 18, 2007. See Plaintiff's Letter of Service dated July 18, 2007, attached as Exhibit "A".

3. Plaintiff alleges that he is a resident of the state of Delaware, residing at 6 Wesley Street, Camden-Wyoming, Delaware 19934. See Plaintiff's Complaint attached as Exhibit "B" at Paragraph 1. Plaintiff is, therefore, a citizen of the State of Delaware for the purposes of Removal.

4. Plaintiff alleges in the Complaint that Giant of Maryland, LLC is a foreign entity. See Exhibit "B", paragraph 2. Giant of Maryland, LLC is a Maryland

1

corporation, so that for diversity purposes it is not a citizen of the State of Delaware. See Business Entity Information Sheet for Maryland attached hereto as Exhibit "C".

5. Plaintiff alleges in the Complaint that Giant Food, LLC is a foreign entity. See Exhibit B, paragraph 2. Giant Food LLC is a Maryland corporation, so that for diversity purposes it is not a citizen of the State of Delaware. See Business Entity Information Sheet for Maryland attached hereto as Exhibit "D".

6. Plaintiff alleges that Defendant, Donald Chappell is a resident of Maryland residing at 12900 Monroe Avenue, Fort Washington, Maryland 20744 so that for diversity purposes, he is not a citizen of the State of Delaware. See Plaintiff's Complaint, Exhibit "B" at paragraph 4.

7. Upon information and belief, the injuries alleged by plaintiff manifested themselves in Middletown, New Castle County, Delaware, which is in the District of Delaware. Accordingly, venue is proper in the United States District Court for the District of Delaware.

8. The amount in controversy, as alleged by Plaintiff, exceeds $100,000.00, and Plaintiff seeks damages of $2.5 million against the defendants. See plaintiff counsel's June 26, 2007 letter, page 5 attached hereto as Exhibit "E".

9. Moveover, Plaintiff's Complaint also seeks both punitive damages and attorneys fees against each defendant thereby making the amount in controversy greater than $75,000 as to the Defendants. See Complaint at Exhibit "B".

10. Pursuant to 28 USC § et seq. and 28 USC §1332, this action is one which may be removed to this Court as on the face of Plaintiffs' Complaint there exists complete diversity of citizenship between plaintiff and all defendants and the amount in

controversy exceeds the sum of $75,000, exclusive of costs and interest, as to each defendant.

11. This Notice of Removal has been filed within 30 days of the original filing and service of process of Plaintiff's Complaint upon Defendants.

12. This Court has original jurisdiction pursuant to 28 U.S.C. §1332, because the parties are citizens of different states, the defendants are not residents of the forum state and the amount in controversy, exclusive of interest, costs and fees exceeds $75,000.

13. Written notice of this removal is being given to the Superior Court of the State of Delaware, Kent County Clerk. A copy of the Notice being filed with the Kent County, Delaware Clerk is marked Exhibit "E" and attached hereto, exclusive of attachments, which attachments consist of this Notice and its attachments.

WHEREFORE, Defendants, Giant of Maryland, LLC, a foreign entity, Giant Food LLC, a foreign entity, and Donald Chappell, give notice that this cause has been removed from the Superior Court of the State of Delaware for Kent County, to the United States District Court for the District of Delaware.

FIGLIOLA & FACCIOLO

By: _____
Anthony Figliola, Esquire
Figliola & Facciolo
1813 Marsh Road
Suite A
Wilmington, DE 19810

Date: 8/16/07

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BONNIE BEDWARD, | : | C. A. NO.: 07-506 (JJF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | PLAINTIFF'S MOTION TO REMAND |
| | : | THIS CASE PURSUANT TO |
| GIANT OF MARYLAND LLC, a foreign | : | 28 U.S.C. §1447 |
| entity, GIANT FOOD LLC, a foreign entity, | : | |
| and DONALD CHAPPELL, | : | |
| | : | |
| Defendants. | : | |

Plaintiff, Bonnie Bedward, by her attorneys, Schmittinger and Rodriguez, P.A., respectfully moves this Court, pursuant to 28 U.S.C. §1447, to remand this matter to the Superior Court of the State of Delaware in and for Kent County as Defendants' have failed to meet and establish subject matter jurisdiction of this Court for removal of this matter to this Court.

1. Defendants' sole basis for seeking the removal of this matter to the United State District Court for the District of Delaware is diversity of citizenship of the parties pursuant to 28 Del. C. §1332. It is well settled law that diversity of citizenship in this Court requires a showing of complete diversity of all Plaintiffs as to the citizenship of all Defendants. Commonly phrased, this adjudicatory jurisdiction requires a finding of complete diversity of citizenship.

2. At paragraph 4 of their Notice of Removal filing, Defendants properly identify the foreign entity, Giant of Maryland, LLC. Defendants erroneously state that this foreign entity is a corporation. By its name description, it is a Maryland limited liability company which is not a corporation.

3. In paragraph 5 of their Notice of Removal, Defendants correctly identify the

foreign entity Giant Food, LLC. However, Defendants erroneously claim that Giant Food, LLC is a Maryland corporation when in fact, it is a Maryland limited liability company.

4. In determining complete diversity of citizenship, federal law treats corporations and limited liability companies differently. Wisconsin Dept. of Corrections v. Schacht, 524 U.S. 381 (1998); Caterpillar Inc. v. Lewis, 519 U.S. 61 (1996). It is well settled law that a limited liability company requires presentation of evidence that each member and/or owner of the limited liability company is a citizen of a state different from the Plaintiff's state of citizenship. See e.g., Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894 (9th Cir. 2006); GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc., 357 F.3d 827 (8th Cir. 2004); Lehman Bros. Bank, FSB v. Frank T. Yoder Mortg., 415 F.Supp.2d 636 (E.D.Va.2006); Bishop v. Toys "R" Us-NY LLC, 414 F.Supp.2d 385 (S.D.N.Y.2006); International Equity Investments, Inc. v. Opportunity Equity Partners, Ltd., 411 F.Supp.2d 458 (S.D.N.Y.2006); Nowick v. Gammell, 351 F.Supp.2d 1025 (D.Haw. 2004); Shulman v. Voyou, LLC, 305 F.Supp.2d 36 (D.D.C.2004); Johnson-Brown v. 2200 M Street LLC, 257 F.Supp.2d 175 (D.D.C.2003).

5. Defendants have failed to identify the owner/members of either limited liability company defendant, i.e., Giant of Maryland, LLC and Giant Food, LLC. Thus, this Court is unable to determine whether complete diversity of citizenship exists in the present matter since the Defendants have failed to identify each owner/member and the state of citizenship attributable to each owner/member of each Defendant LLC.

6. Contrary to Defendants' assertions in paragraph 10 of their Notice of Removal, on the face of the Plaintiff's Complaint there does not exist complete diversity of citizenship. Neither the Plaintiff's Complaint nor the Defendants' Notice of Removal have provided this

Court with the requisite allegations and evidence that complete diversity of citizenship exists between the Plaintiff and Defendants in this litigation. As this Court's basis for subject matter jurisdiction in this case is solely diversity of citizenship, this Court, on the present record, should find that the Defendants have failed to allege and prove the existence of complete diversity of citizenship between the Plaintiff and all Defendants, and therefore, should remand this matter to the Superior Court of the State of Delaware in and for Kent County due to this Court's lacking the necessary subject matter jurisdiction to adjudicate this matter.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: *William D. Fletcher Jr.*
WILLIAM D. FLETCHER, JR., ESQ.
Bar I.D. 362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

Dated: 9/14/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BONNIE BEDWARD, | :    C. A. NO.: 07-506 (JJF) |
| Plaintiff, | : |
| v. | : |
| GIANT OF MARYLAND LLC, a foreign entity, GIANT FOOD LLC, a foreign entity, and DONALD CHAPPELL, | : |
| Defendants. | : |

ORDER

AND NOW, this _____ day of _____, 2008, the Court having considered Plaintiff's Motion to Remand this matter and the respective positions of the parties concerning the same,

IT IS HEREBY ORDERED that this matter is remanded to the Delaware Superior Court of the State of Delaware in and for Kent County for further proceedings as this Court lacks the requisite subject matter jurisdiction to adjudicate Plaintiff's claims since the record does not establish the complete diversity of citizenship of the parties as required by applicable federal law.

IT IS SO ORDERED.

_____
The Honorable Joseph J. Farnan, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BONNIE BEDWARD, | ) | C.A. No. 07-506 ( JJF ) |
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S MOTION TO REMAND CASE PURSUANT 28 U.S.C. § 1447 |
| GIANT OF MARYLAND LLC, a foreign entity, GIANT FOOD LLC, a FOREIGN ENTITY and DONALD CHAPPELL, | ) | |
| Defendants. | ) | |

DEFENDANTS NOTICE OF NO OPPOSITION

Upon review of Plaintiff's Motion Defendants can offer no good faith reason to deny the Motion. Defendants therefore do not oppose Plaintiff's request to remand.

/s/ Anthony A. Figliola, Jr.
Anthony A. Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road, Suite A
Wilmington, DE 19810
Delaware I.D. No. 957
( 302 ) 475 - 0460
Attorney for Defendants