UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BONNIE BEDWARD, | C. A. NO.: 07-506 (JJF) |
| Plaintiff, | |
| v. | |
| GIANT OF MARYLAND LLC, a foreign entity, GIANT FOOD LLC, a foreign entity, and DONALD CHAPPELL, | |
| Defendants. | |

ORDER

AND NOW, this 15 day of January, 2008, the Court having considered Plaintiff's Motion to Remand this matter and the respective positions of the parties concerning the same,

IT IS HEREBY ORDERED that this matter is remanded to the Delaware Superior Court of the State of Delaware in and for Kent County for further proceedings as this Court lacks the requisite subject matter jurisdiction to adjudicate Plaintiff's claims since the record does not establish the complete diversity of citizenship of the parties as required by applicable federal law.

IT IS SO ORDERED.

_____
The Honorable Joseph J. Farnan, Jr.